United States District Court
Southern District of Texas

**ENTERED**

May 07, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CIRILO TOLENTINO MORENO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-26-1654 |
| | § | |
| RAYMOND THOMPSON,[1] | § | |
| | § | |
| Respondent. | § | |

### ORDER GRANTING MOTION FOR EXTENSION OF TIME

The Respondents' motion for an extension of time (Docket Entry No. 8) is **GRANTED**. The respondents will answer the petition by May 13, 2026.

The Clerk shall provide a copy of this Order to the parties.

**SIGNED** at Houston, Texas, on this 7th day of May, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The Warden is substituted as the sole respondent in place of the other listed respondents because he is the petitioner's immediate custodian as the warden of the Montgomery Processing Center. See Rumsfeld v. Padilla, 124 S. Ct. 2711, 2720 (2004) ("In challenges to present physical confinement, we reaffirm that the immediate custodian, not a supervisory official who exercises legal control, is the proper respondent."); see also 28 U.S.C. § 2243 ("The writ, or order to show cause shall be directed to the person having custody of the person detained.").